M. P. No. 80-65. CITY OF WOONSOCKET *v.* FRATERNAL ORDER OF POLICE, LODGE #9 *et al.* The petition for writ of certiorari is denied. *Aram P. Jarret, Jr.,* Assistant City Solicitor, for petitioner, *Paul P. Baillargeon,* for respondents.

M. P. No. 80-81. KATHERINE M. BURKE *v.* SCHOOL COMMITTEE OF THE TOWN OF LINCOLN. The petition for writ of certiorari is granted. *Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik,* for plaintiff-respondent, *Asquith, Wiley & Ryan, Harry W. Asquith, Edward W. Moses,* for defendant-petitioner.

M. P. No. 80-95. STATE *v.* ROBERT G. COLE. Treating the petitioner's writ of error as a petition for writ of habeas corpus, said petition is denied. *Dennis J. Roberts II,* Attorney General, for plaintiff, *Robert G. Cole,* pro se, for defendant.